# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2677 Disciplinary Docket No 3 |
| | : | |
| Petitioner | : | No. 197 DB 2018 |
| | : | |
| v. | : | Attorney Registration No. 17300 |
| | : | |
| WILLIAM JAMES HELZLSOUER, | : | (Allegheny County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of January, 2020, upon consideration of the Report and Recommendations of the Disciplinary Board, William James Helzlsouer is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).